## STATEMENT OF FACTS

Your affiant, ███████, is a Federal Bureau of Investigation Special Agent assigned to the Philadelphia Division, Capital Area Resident Agency. In my duties as a special agent, I have conducted public corruption investigations, been assigned to a violent crimes task force and have responsibility for managing terrorism related matters. Currently, I am also tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As an FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**FACTS SPECIFIC TO ROWBOTTOM**

In late 2021, the FBI received images and information alleging that Timothy ROWBOTTOM ("ROWBOTTOM") participated in the January 6, 2021 Capitol Riot.

Investigators obtained the Pennsylvania driver's license photograph for ROWBOTTOM and determined that the individual in that photograph appeared to be the same person depicted in the following image, which was taken within the U.S. Capitol grounds on January 6, 2021.



*Figure 1: Still image of ROWBOTTOM (circled in yellow) near the Senate Wing Door of the U.S. Capitol building on January 6, 2021*

I am personally familiar with ROWBOTTOM. On June 29, 2018, I interviewed ROWBOTTOM in person at the FBI Harrisburg office regarding allegations he raised of systematic discrimination against him by Harrisburg city officials.

I reviewed closed-circuit television from the U.S. Capitol ("CCTV") showing ROWBOTTOM enter, travel through, and exit the building. ROWBOTTOM wore a tan jacket with either a dark hood or a dark colored hooded sweatshirt underneath, and dark pants.

At approximately 2:20 p.m. on January 6, 2021, ROWBOTTOM entered the Capitol building through the Senate Wing Door, located on the western side of the building, which had been broken open by other rioters at 2:13 p.m. **(Figure 2)**



*Figure 2: Still image of ROWBOTTOM (circled in yellow) as he entered the Senate Wing Door of the U.S. Capitol building at approximately 2:20 p.m. on January 6, 2021*

CCTV footage from inside the Capitol building showed ROWBOTTOM near the Memorial Doors at approximately 2:28 p.m. **(Figure 3)**



*Figure 3: Still image of ROWBOTTOM (circled in yellow) near the Memorial Doors on the first floor of the U.S. Capitol building at approximately 2:28 p.m. on January 6, 2021*

Further camera footage from inside the Capitol building showed ROWBOTTOM inside Statuary Hall at approximately 2:31 p.m. and 2:51 p.m. **(Figure 4) (Figure 5)**



*Figure 4: Still image of ROWBOTTOM (circled in yellow) in Statuary Hall on the second floor of the U.S. Capitol building at approximately 2:31 p.m. on January 6, 2021*



*Figure 5: Still image of ROWBOTTOM (circled in yellow) in Statuary Hall on the second floor of the U.S. Capitol building at approximately 2:51 p.m. on January 6, 2021*

Additional CCTV footage from inside the Capitol building showed ROWBOTTOM in the Rotunda at approximately 2:53 p.m. **(Figure 6)**



*Figure 6: Still image of ROWBOTTOM (circled in yellow) in the Rotunda of the U.S. Capitol building at approximately 2:53 p.m. on January 6, 2021*

Further CCTV footage captured ROWBOTTOM departing the building at approximately 3:02 near the Brumidi Corridor. **(Figure 7)**



*Figure 7: Still image of ROWBOTTOM (circled in yellow) departing the U.S. Capitol building at approximately 3:02 p.m. on January 6, 2021*

On February 6, 2024, your affiant interviewed ROWBOTTOM in person at his residence. ROWBOTTOM admitted to being in Washington, DC on January 6, 2021, to attend former President Trump's speech. ROWBOTTOM further admitted he entered into the Capitol building following the speech. ROWBOTTOM further admitted he personally witnessed physical destruction of the Capitol building or property physical violence towards law enforcement during the events of January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that Timothy ROWBOTTOM violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Your affiant submits there is also probable cause to believe that Timothy ROWBOTTOM violated 40 U.S.C. § 5104(e)(2)(D), which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, and 40 U.S.C. § 5104(e)(2)(G), which makes it crime to parade, demonstrate, or picket in any of the Capitol buildings.



SPECIAL AGENT
FEDERAL BUREAU OF
INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th day of March 2024.

_____

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE