UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-211 (TNM) |
| | : | |
| **TIMOTHY ROWBOTTOM,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE STATUS CONFERENCE

The United States of America and Defendant Timothy Rowbottom respectfully move for entry by this Court of an order continuing the Status Conference currently set for July 17, 2024.

The Court entered a protective order in this case on June 24 (ECF 21). The Government, having made an initial production of certain discovery materials in May of 2024, provided Defendant Rowbottom with a plea offer on June 26 and completed discovery relating to case-specific materials it is aware of on June 28.

Defendant Rowbottom has requested additional time to review the discovery and consider the plea offer. The Government will agree to that request, and the parties seek a continuance in order to provide sufficient time to potentially resolve the case and, if the plea offer is accepted, prepare relevant sentencing materials for the Court.

ACCORDINGLY, the parties jointly request the Court continue the Status Conference and enter the following proposed schedule:

- August 14, 2024 – Defense to inform Government of acceptance or rejection of plea offer.

- September 4, 2024 – Government's sentencing memorandum due (if applicable)

1

- September 11, 2024 – Status Conference [or COP hearing (if applicable)]

The Parties also request the Court toll the Speedy Trial Act during this time, as the interests of justice require.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


By:  */s/ Patrick Holvey*
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov

Attorney for the United States

/s/Craig Kauzlarich
Craig Kauzlarich
Abom & Kutulakis
Carlisle Office
2 West High Street
Carlisle, PA 17013
(717) 249-0900
cek@abomkutulakis.com

Attorney for Timothy Rowbottom

CERTIFICATE OF SERVICE

On this Monday, July 8, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

          By:    */s/ Patrick Holvey*
                   PATRICK HOLVEY
                   DC Bar No. 1047142
                   Assistant United States Attorney
                   United States Attorney's Office
                   601 D Street N.W.
                   Washington, D.C. 20530
                   Telephone: 202-252-7224
                   Patrick.Holvey@usdoj.gov

3