Craig E. Kauzlarich, Esquire
Attorney I.D. No.: 208858
2 West High Street
Carlisle, Pennsylvania 17013
(717) 249-0900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. 1:24-CR-00211-TNM |
| *Plaintiff,* | : | |
| v. | : | (Judge McFadden) |
| | : | |
| TIMOTHY ROWBOTTOM | : | |
| *Defendant.* | : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

**AND NOW**, comes the Defendant, Timothy Rowbottom, by and through his counsel, Craig E. Kauzlarich, Esquire, jointly with the United States, by and through its attorney, the United States –Attorney for the District of Columbia, represented by Patrick Holvey, Esquire, and hereby move the Court to continue the Status Conference to allow for plea negotiations in this matter.

1. A Criminal Complaint was filed March 29, 2024, charging Mr. Rowbottom with Count 1, Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1), Count 2, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2), Count 3, Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), and Count 4, Parading, Demonstrating, or Picketing in a Capitol

Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

2. On May 1, 2024, the same Counts were charged in District Court via filing of Information.

3. A Status Conference is scheduled for Friday, September 23, 2024 at 2:30 p.m. via video conference.

4. Undersigned counsel is requesting a continuance of the Status Conference to allow for continued plea negotiations. The parties have been diligent in their discussions but require additional time for continued negotiations.

5. The parties jointly request the Status Conference be continued from the current date to <u>September 30, 2024</u>, also via video conference.

                                               Respectfully submitted,

                                               **ABOM & KUTULAKIS, L.L.C.**

Date: August 20, 2024　　　　　　　　　　　<u>*Craig E. Kauzlarich, Esquire/s/*</u>
                                               Craig E. Kauzlarich, Esquire
                                               2 W. High Street
                                               Carlisle, PA 17013
                                               (717) 249-0900
                                               PA Attorney I.D. # 208858

## CERTIFICATE OF SERVICE

I, Craig E. Kauzlarich, Esquire, hereby certify that on this 20th day of August, 2024, a true and correct copy of the foregoing Joint Motion to Continue Status Conference was served upon the party named below via electronic means addressed as follows:

patrick.holvey@usdoj.gov

_Craig E. Kauzlarich_  /s/
Craig E. Kauzlarich, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:23-CR-00268 |
| | : | |
| v. | : | Judge McFadden |
| | : | |
| TIMOTHY ROWBOTTOM | : | |
| Defendant | : | |

### ORDER OF COURT

**AND NOW,** this _____ day of _____, 2024, upon consideration of the Parties' Joint Motion to Continue Status Conference, said Motion is hereby GRANTED. The VTC status conference scheduled for August 23, 2024 at 2:30 P.M. is hereby CONTINUED to September 30, 2024 at _____ a.m. / p.m. In the interest of justice, time under the Speedy Trial Act is tolled from August 23, 2024 to September 30, 2024.

BY THE COURT,

_____
Trevor N. McFadden
United States District Court Judge

**Distribution:**
U.S. Attorney's Office
Craig E. Kauzlarich, Esquire