# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **TIMOTHY ROWBOTTOM**, <br><br> Defendant. | Case No. 24-cr-211 (TNM) |

## ORDER

The Pretrial Services Agency reports that Defendant failed two drug tests earlier this summer. PSA Status Report at 2, ECF No. 24. Each time, Defendant tested positive for marijuana and received verbal warnings. *Id.* The Court admonishes Defendant to scrupulously adhere to his pretrial release conditions. And the Court warns Defendant that it considers adherence to these conditions when formulating a sentence, should this case progress to that phase.

**SO ORDERED**.

Dated: August 23, 2024                                    TREVOR N. McFADDEN, U.S.D.J.