UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **TIMOTHY ROWBOTTOM**, <br><br> Defendant. | Case No. 1:24-cr-00211 (TNM) |

**VERDICT**

For the reasons stated in the oral ruling on November 19, 2024, based on the evidence presented in the record, the Court finds the defendant, Timothy Rowbottom, **GUILTY** beyond a reasonable doubt on the following charges in the Information, ECF No. 12:

As to Count 1, the charge of knowingly entering and remaining in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, in violation of 18 U.S.C. § 1752(a)(1);

As to Count 2, the charge of knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaging in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, in violation of 18 U.S.C. § 1752(a)(2);

As to Count 3, the charge of willfully and knowingly engaging in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings

with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress, in violation of 40 U.S.C. § 5104(e)(2)(D); and

As to Count 4, the charge of willfully and knowingly parading, demonstrating, and picketing in any United States Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

**SO ORDERED.**

Dated:  November 19, 2024             TREVOR N. McFADDEN, U.S.D.J.