UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 24-CR-211
:
TIMOTHY ROWBOTTOM :
:
Defendant. :

### ORDER

Pursuant to the motion filed by the United States, ECF 44, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 22d day of January, 2025.

_____
HONORABLE TREVOR McFADDEN
United States District Court Judge